# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | )   CRIMINAL No. 2:08-cr-140-DBH |
| | ) |
| MICHAEL DAVID WILLINGS, | ) |
| | ) |
| Defendant | ) |

## PROCEDURAL ORDER

The defendant Michael David Willings has moved for compassionate release.  The criminal behavior (bank robbery by use of a dangerous weapon) for which I sentenced him in 2009 involved a victim or victims.  Without deciding whether the victims have any rights under 18 U.S.C. § 3771 in the current procedural posture of the case, I **Order** the government to give them notice of the motion, solicit their views, and report them to the Court.

**So Ordered.**

**Dated this 27th day of November, 2020**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**